### 8631. WESTERN AND ATLANTIC RAILROAD COMPANY v. SMITH.

LUKE, J. Upon the first trial of this case, a writ of error was taken to the Supreme Court. See *Western & Atlantic R. Co.* v. *Smith,* 145 *Ga.* 276 (88 S. E. 983). That decision is the law of this case upon every question then decided, and the present writ of error presents no substantial new question for decision. The evidence amply supports the

verdict, and the trial judge did not err in overruling the motion for a new trial.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED JANUARY 21, 1918.

Action for damages; from Whitfield superior court—Judge Fite. November 26, 1916.

*Tye, Peeples & Tye, Maddox, McCamy & Shumate,* for plaintiff in error. *Lipscomb & Willingham, Nathan Harris, George G. Glenn,* contra.